## C. B. Brown v. State.

No. 26,359. April 29, 1953.

*Power, McDonald* and *Mell*, by *Warren M. McDonald*, and *Milton Greer Mell*, Tyler (on appeal only) for appellant.

*Wesley Dice*, State's Attorney, Austin, for the state.

MORRISON, Judge.

The offense is the unlawful possession of beer for the purpose of sale in a dry area; the punishment, 30 days in jail and a fine of $500.00.

This is a companion case to and grows out of the same facts and transactions shown in Phelps v. State, No. 26,358, (Page 510, this volume).

For the reasons there stated, the judgment in this case is reversed and the cause remanded.